UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORDEA INVESTMENT MANAGEMENT AB,<br><br>            Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; YAACOV ALTMAN; ALLAN OBERMAN; and SIGURDUR OLAFSSON,<br><br>            Defendants. | Civ. A. No. 3:18-CV-01681 (SRU)<br><br><br><br><br><br><br><br><br><br><br><br>October 16, 2019 |

## JOINT STATUS REPORT

Pursuant to this Court's November 5, 2018 Order (ECF No. 28), Plaintiff Nordea Investment Management AB and Defendants Teva Pharmaceutical Industries Limited ("Teva"), Erez Vigodman, Eyal Desheh, Yaacov Altman, Allan Oberman and Sigurdur Olafsson (collectively, the "Parties") jointly submit this status report to the Court. The Parties state as follows:

1.      This Action and 16 other direct and derivative actions pending in this District (the "Related Actions") are related to the pending putative class action styled *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceutical Industries Ltd., et al.*, Civil Action No. 3:17-cv-00558 (SRU) (the "*Ontario* Action").

2.      Per this Court's November 5, 2018 Order (ECF No. 28), this Action was stayed pending a decision on the motions to dismiss filed by the defendants in the *Ontario* Action. The Order required the Parties to meet and confer within twenty-one (21) days of that decision, and

propose to the Court a schedule for further proceedings or a further deferment of or motion to stay proceedings.  *Id.*

3. On September 25, 2019, this Court denied in substantial part the motions to dismiss of the majority of the defendants in the *Ontario* Action.  (*Ontario*, ECF No. 283 (the "September 25 Order").)[1]

4. In this Action and the other Related Actions, the parties are currently engaged in meet and confer discussions in an effort to reach an agreement respecting the coordination and scheduling of further proceedings in all cases that will enable this Court and the parties to manage the litigations in an efficient and streamlined manner.

5. The parties in the *Ontario* Action have conducted the first Rule 26(f) parties' planning conference, and are continuing to confer concerning the items in the Rule 26(f) report to be submitted to the Court.

6. With the Court's permission, the Parties will submit another joint status update, including a proposal addressing further proceedings in this Action, by the later of November 6, 2019 or two weeks after this Court enters a scheduling order in the *Ontario* Action.

Respectfully submitted,

By:  */s/ William H. Clendenen, Jr.*
   William H. Clendenen, Jr. (ct04261 )
   CLENDENEN & SHEA, LLC
   400 Orange Street
   New Haven, CT 06511
   Tel.: (203) 787-1183
   Fax: (203) 787-2847
   office@clenlaw.com

By:  */s/ Jill M. O'Toole*
   Jill M. O'Toole (ct27116)
   SHIPMAN & GOODWIN LLP
   One Constitution Plaza
   Hartford, Connecticut 06103-1919
   Tel.: (860) 251-5000
   Fax: (860) 251-5218
   jotoole@goodwin.com

---

[1] The September 25 Order granted in its entirety the motion to dismiss of Defendants Allan Oberman and Maureen Cavanaugh and directed the Clerk to terminate them as defendants in the *Ontario* Action.

| | |
|---|---|
| Matthew L. Mustokoff (*pro hac vice)*<br>Geoffrey C. Jarvis (*pro hac vice*)<br>Michelle M. Newcomer (*pro hac vice*)<br>Jonathan F. Neumann (*pro hac vice)*<br>KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel.: (610) 667-7706<br>Fax: (610) 667-7056<br>mmustokoff@ktmc.com<br>gjarvis@ktmc.com<br>mnewcomer@ktmc.com<br>jneumann@ktmc.com<br><br>*Counsel for Plaintiff* | Jordan D. Hershman (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Federal Street<br>Boston, MA  02110-1726<br>Tel.:  (617) 951-8000<br>Fax:  (617) 951-8736<br>jordan.hershman@morganlewis.com<br><br>*Counsel for Defendants* |