UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORDEA INVESTMENT MANAGEMENT AB,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; YAACOV ALTMAN; ALLAN OBERMAN; and SIGURDUR OLAFSSON,<br><br>　　　　　　Defendants. | Civ. A. No. 3:18-CV-01681 (SRU)<br><br><br><br><br><br><br><br><br><br>December 2, 2019 |

## JOINT STATUS REPORT

Plaintiff Nordea Investment Management AB and Defendants Teva Pharmaceutical Industries Limited ("Teva"), Erez Vigodman, Eyal Desheh, Yaacov Altman, Allan Oberman and Sigurdur Olafsson (collectively, the "Parties") jointly submit this status report to the Court.  The Parties state as follows:

1.　　This action and 15 other direct actions pending in this District are related to the pending putative class action styled *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceutical Industries Ltd., et al.*, No. 3:17-cv-00558 (SRU) (the "*Ontario* Action").

2.　　Per this Court's November 5, 2018 Order (ECF No. 28), this Action has been stayed pending a decision on the motions to dismiss of the defendants in the *Ontario* Action.  The Order required the Parties to meet and confer within 21 days of that decision, and propose to the Court a schedule for further proceedings or a further deferment of or motion to stay proceedings.  (*Id.*)

3. On September 25, 2019, this Court denied in substantial part the motions to dismiss of the majority of the defendants in the *Ontario* Action. *Ontario*, ECF No. 283 (Sept. 25, 2019) (the "September 25 Order").

4. On October 16, 2019, the Parties submitted a Joint Status Report (ECF No. 31), stating that the Parties were engaged in meet and confer discussions in an effort to reach an agreement respecting the coordination and scheduling of further proceedings in all cases that would enable this Court and the parties to manage the related actions in an efficient and streamlined manner. The Parties then committed to providing the Court with a subsequent status report by two weeks after the Court entered a scheduling order in the *Ontario* Action.

5. On November 18, 2019, the Court issued a Civil Case Management Order in the *Ontario* Action requiring that the parties in the *Ontario* Action "make submissions regarding the consolidation of [the *Ontario* Action] and the 19 other related actions," including this action, "no later than December 13, 2019." *Ontario*, ECF No. 298 (Nov. 18, 2019).

6. Consistent with the Parties' October 16, 2019 Joint Status Report and the Court's November 18, 2019 Civil Case Management Order in the *Ontario* Action, the Parties state that they, and the parties in the other related actions, are engaged in meet and confer discussions in an effort to reach an agreement respecting the consolidation, coordination, and scheduling of further proceedings in all cases that will enable this Court and the parties to manage the related actions in an efficient and streamlined manner, and that the Parties will "make submissions regarding [] consolidation" of the related cases by no later than December 13, 2019. *Ontario*, ECF No. 298 (Nov. 18, 2019).

Respectfully submitted,

By*: /s/ William H. Clendenen, Jr.*
    William H. Clendenen, Jr. (ct04261 )
    CLENDENEN & SHEA, LLC
    400 Orange Street
    New Haven, CT 06511
    Tel.: (203) 787-1183
    Fax: (203) 787-2847
    office@clenlaw.com

    Matthew L. Mustokoff (*pro hac vice)*
    Geoffrey C. Jarvis (*pro hac vice*)
    Michelle M. Newcomer (*pro hac vice*)
    Jonathan F. Neumann (*pro hac vice)*
    KESSLER TOPAZ MELTZER & CHECK, LLP
    280 King of Prussia Road
    Radnor, PA 19087
    Tel.: (610) 667-7706
    Fax: (610) 667-7056
    mmustokoff@ktmc.com
    gjarvis@ktmc.com
    mnewcomer@ktmc.com
    jneumann@ktmc.com

*Counsel for Plaintiff*

Respectfully submitted,

By: */s/ Jill M. O'Toole*
    Jill M. O'Toole (ct27116)
    SHIPMAN & GOODWIN LLP
    One Constitution Plaza
    Hartford, Connecticut 06103-1919
    Tel.: (860) 251-5000
    Fax: (860) 251-5218
    jotoole@goodwin.com

    Jordan D. Hershman (*pro hac vice*)
    Jason D. Frank (*pro hac vice* forthcoming)
    Emily E. Renshaw (*pro hac vice* forthcoming)
    **MORGAN, LEWIS & BOCKIUS LLP**
    One Federal Street
    Boston, MA  02110-1726
    Tel:  (617) 951-8000
    Fax:  (617) 951-8736
    jordan.hershman@morganlewis.com
    jason.frank@morganlewis.com
    emily.renshaw@morganlewis.com

*Counsel for Defendants*