UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| IN RE TEVA SECURITIES LITIGATION | No. 3:17-CV-558 (SRU) |
|---|---|
| THIS DOCUMENT RELATES TO: | No. 3:18-cv-01681 (SRU) <br><br> February 16, 2021 |

### WILLIAM H. CLENDENEN, JR.'S MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY HENRY W. LONGLEY

Attorney William H. Clendenen, Jr., a member in good standing of the Bar of this Court, respectfully moves, pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut, for the *pro hac vice* admission of Attorney Henry W. Longley on behalf of Plaintiff Nordea Investment Management AB in the above-captioned matter. In support of this Motion, Attorney Clendenen states the following:

1. William H. Clendenen, Jr. of the law firm Clendenen & Shea, LLC, 400 Orange St. New Haven, CT 06511, 203-787-1183; 203-787-2847; office@clenlaw.com, will provide Attorney Henry W. Longley with a local office as required by Local Rule 83.1(c)(1). William H. Clendenen, Jr. is a member of the bar of this Court having an office within the District of Connecticut, upon whom service of all papers shall be made.

2. Attorney Henry W. Longley is an associate at Kessler Topaz Meltzer & Check, LLP, 280 King of Prussia Road, Radnor, PA 19087.

3. As set forth in his declaration, attached hereto as Exhibit A, Attorney Henry W. Longley is a member in good standing of the following bars:

    U.S. District Court for the Eastern District of Pennsylvania – Bar No. (no number assigned);
    Commonwealth of Pennsylvania – Bar No. 328847

1

4. Attorney Longley is not subject to disciplinary proceedings in any jurisdiction. He has no grievance pending against him, nor has he ever been reprimanded, suspended, placed on inactive status, disbarred, or resigned from the practice of law.

5. Given Attorney Longley's familiarity with the issues concerning this case, it is the Plaintiff's desire that he participate in the prosecution of the case.

6. William H. Clendenen, Jr. will actively associate with Attorney Longley in the representation of Plaintiff, and it is anticipated that, upon his admission *pro hac vice*, Attorney Longley will serve as co-counsel with Clendenen & Shea, LLC in the above-captioned matter. All court filings shall continue to be signed by an attorney admitted to practice in the United States District Court for the District of Connecticut.

7. Granting this motion will not require modification of a scheduling order entered pursuant to Federal Rule of Civil Procedure 16(b) or the deadline established by this Court's Standing Order on Scheduling in Civil Cases.

8. Upon admission *pro hac vice*, Attorney Longley will promptly file with the Clerk of the court a certificate of good standing from the Bar of the Commonwealth of Pennsylvania, where his primary office is located.

WHEREFORE, Attorney Clendenen respectfully moves for the admission of Henry W. Longley, *pro hac vice,* to appear as Plaintiff's counsel in the above-captioned action.

Respectfully submitted,

BY _____
William H. Clendenen, Jr. (CT04261)
Clendenen & Shea, LLC
400 Orange St.
New Haven, CT 06511
Tel: (203) 787-1183
Fax: (203) 787-2847
Email: office@clenlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on this 16th day of February 2021.

_____
CLENDENEN & SHEA, LLC