# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| IN RE TEVA SECURITIES LITIGATION | No. 3:17-CV-558 (SRU) |
|---|---|
| THIS DOCUMENT RELATES TO: | No. 3:18-cv-01681 (SRU)<br><br>February 16, 2021 |

**DECLARATION OF HENRY W. LONGLEY IN SUPPORT OF
WILLIAM H. CLENDENEN, JR.'S MOTION FOR ADMISSION
*PRO HAC VICE* OF ATTORNEY HENRY W. LONGLEY**

Pursuant to 26 U.S.C. § 1746, I, Henry W. Longley, respectfully declare as follows:

1. I am an associate at the law firm of Kessler Topaz Meltzer & Check, LLP. My office address, telephone number, fax number, and email address are as follows:

> Kessler Topaz Meltzer & Check, LLP
> 280 King of Prussia Road
> Radnor, PA 19087
> Tel: (610) 667-7706
> Fax: (610) 667-7056
> hlongley@ktmc.com

2. I make this declaration in support of the Motion for Admission *Pro Hac Vice* filed the same day by Attorney William H. Clendenen, Jr. in the above-captioned matter.

3. I currently serve as counsel to Plaintiff Nordea Investment Management AB in this case.

4. Because of my extensive familiarity with the issues concerning this case, it is Plaintiff's desire that I participate in this case.

5. I am an active member in good standing of the following bars:

> U.S. District Court for the Eastern District of Pennsylvania – Bar No. (no number assigned);
> Commonwealth of Pennsylvania – Bar No. 328847

6. I am a member in good standing and eligible to practice in each of these courts. I am not currently disbarred or suspended in any jurisdiction, and there are no pending disciplinary complaints against me in any state or federal court.

7. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application to practice before this Court, or any other court, while facing a disciplinary complaint.

8. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and I agree to submit myself to the discipline of this Court.

9. I hereby designate William H. Clendenen, Jr. of the law firm Clendenen & Shea, LLC, 400 Orange St. New Haven, CT 06511, as my agent for service of process, and I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

10. If admitted *pro hac vice* in this action, I will appear in association with William H. Clendenen, Jr. of the law firm Clendenen & Shea, LLC, 400 Orange St. New Haven, CT 06511.

11. Upon admission *pro hac vice*, I will promptly file with the Clerk of the Court a certificate of good standing from the Bar of the Commonwealth of Pennsylvania, where my primary office is located.

WHEREFORE, I respectfully request that my motion to be admitted *pro hac vice* for the purposes of this case be allowed.


/s/ Henry W. Longley
Henry W. Longley

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on this 16th day of February 2021.

_____
CLENDENEN & SHEA, LLC

