**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE TEVA SECURITIES LITIGATION | Case No. 3:18-cv-01681 (SRU) |
| THIS DOCUMENT RELATES TO: | Case No. 3:19-cv-1173 (SRU) |
| STICHTING PGGM DEPOSITARY and STICHTING PENSIOENFONDS ZORG EN WELZIJN, | |
| Plaintiffs, | September 7, 2023 |
| v. | |
| TEVA PHARMACEUTICAL INDUSTRIES LTD., EREZ VIGODMAN, EYAL DESHEH, SIGURDUR OLAFSSON, KÅRE SCHULTZ, MICHAEL MCCLELLAN, and YITZHAK PETERBURG, | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between Plaintiffs Stichting PGGM Depositary and Stichting Pensioenfonds Zorg en Welzijn, and Defendants[1] Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, and Kåre Schultz, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action is dismissed, in its entirety, with prejudice and without costs.

---

[1] Michael McClellan and Yitzhak Peterburg were named Defendants in this matter but were dismissed pursuant to the Court's May 1, 2023 Order (ECF 985) in *In re Teva Sec. Litig.*, No. 3:17-cv-558 (SRU).

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

*/s/ Daniel L. Berger*

Daniel L. Berger (ct17922)
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
dberger@gelaw.com

Nathan Craig Zezula (ct27936)
Mott Zezula LLC
750 East Main Street
6th Floor
Stamford, CT 06902
Tel.: (203) 408-6500
Fax: (203) 724-4179
nzezula@lmzlegal.com

*Counsel for Plaintiffs Stichting PGGM Depositary and Stichting Pensioenfonds Zorg en Welzijn*

**KASOWITZ BENSON TORRES LLP**

*/s/ Sheron Korpus*

Sheron Korpus (admitted *pro hac vice*)
Sarah G. Leivick (admitted *pro hac vice*)
Andrew L. Schwartz (admitted *pro hac vice*)
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1969
Fax: (212) 500-3469
skorpus@kasowitz.com
sleivick@kasowitz.com
aschwartz@kasowitz.com

Jill M. O'Toole (ct27116)
O'Toole + O'Toole PLLC
280 Trumbull Street
Hartford, Connecticut 06103-1919
Tel.: (860) 519-5813
Fax: (914) 232-1599
jotoole@otoolegroup.com

*Counsel for Defendants Teva Pharmaceutical Industries Ltd., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, and Kåre Schultz*